## Snyder's Estate (No. 2).

Argued Nov. 2, 1901.   Appeal, No. 148, Oct. T., 1901, by
William E. Smith, administrator of Noah Snyder, deceased, from
decree of O. C. Northumberland Co., on bill of review in the
Estate of Noah Snyder, Deceased.   Before RICE, P. J., BEAVER,
ORLADY, W. W. PORTER and W. D. PORTER, JJ.   Af-
firmed.

OPINION BY WILLIAM W. PORTER, J., December 2, 1901:
    The appeal in this case raises the same question as to the im-
position of costs upon the estate as that determined in the
opinion this day filed in No. 148, October term, 1901.   The de-
cree of the court below is, therefore, affirmed.